**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MENA GARCIA, an individual; JUAN VALENCIA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO CASUALTY COMPANY; DOES 1 to 50, inclusive, <br><br> Defendants. | No. CV 22-6041 PA (JEMx) <br><br> JUDGMENT |

In accordance with the Court's May 29, 2023 Minute Order granting, in part, the Motion for Summary Judgment filed by defendant GEICO Casualty Company ("Defendant"), and the Court's July 5, 2023 Order granting the parties' Joint Motion to Dismiss Plaintiffs' Prayer for Brandt Fees with Prejudice and to Enter Final Judgment on All Claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendant on plaintiffs Sonia Mena Garcia and Juan Valencia's ("Plaintiffs") claims for breach of the implied covenant of good faith and fair dealing and breach of contract, and that Plaintiffs' prayer for Brandt fees is dismissed with prejudice.

. . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall
2 take nothing and Defendant shall have its costs of suit.

4 DATED: July 6, 2023

_____
Percy Anderson
United States District Judge